MATTHEWS CONSTRUCTION COMPANY, APPELLANT, v. ANTONIO RANALLO, RESPONDENT.

Submitted May 29, 1936—Decided October 2, 1936.

For the appellant, *Edwin Joseph O'Brien.*

For the respondent, *Vincent A. deBennedetto.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered *per curiam* in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, TREN-CHARD, PARKER, LLOYD, HEHER, PERSKIE, HETFIELD, DEAR, WELLS, WOLFSKEIL, RAFFERTY, COLE, JJ.   13.

*For reversal*—None.